UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

RENATA P. MAGLIETTI

    v.                        Civil No.  3:05CV1819(EBB)

DEPARTMENT OF VETERANS AFFAIRS

## J U D G M E N T

This matter came on for trial before a jury and the Honorable Ellen Bree Burns, Senior United States District Judge.  On December 4, 2008, the jury returned a verdict for the plaintiff in the amount of $275,000.00.

Therefore, it is hereby ORDERED, ADJUDGED and DECREED that judgment is entered for the plaintiff in the amount of $275,000.00 and the case is closed.

Dated at New Haven, Connecticut this 12th day of December, 2008.

                                         ROBERTA D. TABORA, Clerk
                                         By

                                         /s/ Melissa Ruocco
                                         Melissa Ruocco
                                         Deputy Clerk

EOD : _____